UNITED STATES of America, Plaintiff–Appellee,

v.

Guy Marion WILLIAMS, a/k/a Guy Marrion Williams, Defendant–Appellant.

United States of America, Plaintiff–Appellee,

v.

Guy Marion Williams, Defendant–Appellant.

Nos. 06–7202, 06–7203.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 7, 2006.

Guy Marion Williams, Appellant Pro Se. Nancy Chastain Wicker, Office of the United States Attorney, Columbia, South Carolina, Sean Kittrell, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Guy Marion Williams appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2000) motion and a subsequent order denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams,* Nos. 0:94–cr–00635–JFA; 3:94–cr–00923–JFA (D.S.C. June 1 & 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*